IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAURICE MAXWELL,

    Petitioner,

v.

                                     Case No. 17-cv-505-wmc

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Maurice Maxwell denying petitioner's application under 28 U.S.C. § 2255.

    __s/ R. Swanson, Deputy Clerk__           __11/1/2019__
    Peter Oppeneer, Clerk of Court                  Date